UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14012-CR-MARRA/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DEON MCPHEE,

    Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the court upon the Report and Recommendation on Change of Plea issued by United States Magistrate Judge Frank J. Lynch, Jr. on April 30, 2015 [DE 33].

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The Defendant is hereby adjudicated guilty and sentencing is set for Friday, July 17, 2015 at 9:30 a.m. in Ft. Pierce, Florida.

**DONE and ORDERED** in West Palm Beach, this 18th day of June, 2015.

                                              **KENNETH A. MARRA
                                              UNITED STATES DISTRICT JUDGE**

cc:    All counsel